In the Matter of LLOYDS FIRST MORTGAGE CORPORATION, Respondent, *v.* THOMAS H. LYNCH et al., Constituting the State Tax Commission, Appellants.

(Argued October 26, 1932; decided November 22, 1932.)

643

*John J. Bennett, Jr., Attorney-General* (*F. R. Chant* of counsel), for appellants.

*Clarence B. Plantz, Nathaniel J. Harben* and *Ralph C. Taylor* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: POUND, Ch. J.